**Order entered December 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07946**

## ORDER

We **REINSTATE** this appeal.

We **GRANT** the parties' December 11, 2015 agreed motion to abate the appeal. We **ABATE** this appeal for **SIXTY DAYS**. The appeal will be reinstated sixty days from the date of this order or on motion of either party, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
       JUSTICE